**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| TIFFANY MOLDEN, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 1:12-CV-55 (WLS) |
| TPUSA, INC., | : | |
| Defendant. | : | |

**ORDER**

On May 1, 2012, counsel for the Parties in the above-captioned case filed a stipulation in Case No. 1:12-cv-33 agreeing to consolidate this case with the former. Because counsel for the Plaintiffs filed an amended complaint in Case No. 1:12-cv-33 containing the named plaintiffs and substantive allegations in this case, the Court hereby **DISMISSES** the above-captioned case without prejudice. The Parties shall be responsible for their own fees and costs.

**SO ORDERED**, this  6th  day of February 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**